IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARC EDWARD LEMEUR**                                                                **PLAINTIFF**

**v.**                       **Civil No. 08-5241**

**JUDGE JOHN R. SCOTT;**
**PARALEGAL ROBIN LEMEUR;**
**JUDGE DON SCHRANTZ;**
**SHERIFF KEITH FERGUSON;**
**CAPTAIN HUNTER PETRAY;**
**ATTORNEY MICHAEL SHONE**                                                            **DEFENDANTS**

**O R D E R**

Now on this 24th day of April, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #15, filed March 25, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **all claims against Judge John R. Scott, Judge Doug Schrantz, Attorney Michael Shone and Robin LeMeur are dismissed. This case is referred back to Hon. James R. Marschewski for a report and recommendation regarding plaintiff's claims against Sheriff Keith Ferguson and Captain Hunter Petray.**

**IT IS SO ORDERED.**

                                                            /s/Jimm Larry Hendren
                                                            HON. JIMM LARRY HENDREN
                                                            UNITED STATES DISTRICT JUDGE