IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARC EDWARD LEMEUR                                                                    PLAINTIFF

v.                                  Civil No. 08- 5241

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
and DR. HUSKINS                                                                       DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Marc Edward LeMeur (hereinafter LeMuer), filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On January 8, 2010 (Doc. 37, Doc. 38 & Doc. 39), Defendants filed a motion for summary judgment. On March 18, 2010, an order (Doc. 45) was entered directing LeMeur to complete an attached notice regarding the summary judgment motion. The notice required LeMeur to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

LeMeur was directed to return the attached notice by April 9, 2010. LeMeur was advised (Doc. 45) that if he failed to return the attached notice by April 9, 2010, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, LeMeur has not returned the notice. He has not requested an extension of time to file the notice. The order and attached notice have not been returned as undeliverable.

I therefore recommend that this case be dismissed based on LeMeur's failure to obey the order of the court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of May 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE