IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARC EDWARD LEMUER**                                                              **PLAINTIFF**

       **v.**              Civil No. 08-5241

**SHERIFF KEITH FERGUSON;**
**CAPTAIN HUNTER PETRYA;**
**and DR. HUSKINS**                                                                  **DEFENDANTS**

## O R D E R

Now on this 3rd day of June, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #46), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claim is hereby **dismissed**.

**IT IS SO ORDERED.**

                                       /s/ Jimm Larry Hendren
                                       JIMM LARRY HENDREN
                                       UNITED STATES DISTRICT JUDGE